IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHI-XIAN REN,<br><br>      Plaintiff,<br><br>  v.<br><br>KONG QIAN YING DAB LILLY&#039;S RESTAURANT,<br><br>      Defendant.<br>_____/ | No. C 09-00478 MEJ<br><br>**ORDER CONTINUING CMC** |

    This matter is currently scheduled for a case management conference on May 14, 2009. Due to the undersigned magistrate judge's unavailability, the Court hereby CONTINUES the case management conference to May 28, 2009 at 10:00 a.m. in Courtroom B. All case management deadlines shall be adjusted accordingly.

    **IT IS SO ORDERED.**

Dated: April 30, 2009

                                                                                              MARIA-ELENA JAMES<br>
                                                                                              United States Magistrate Judge