# UNITED STATES DISTRICT COURT

## Northern District of California

SHI-XIAN REN,

               Plaintiff(s),        No. C 09-0478 MEJ

  v.

KONG QIAN YING DAB LILLY'S RESTAURANT,

**ORDER VACATING PRETRIAL DEADLINES AND TRIAL DATE**

               Defendant(s).

_____/

This matter is currently scheduled for a jury trial on July 12, 2010. However, as the parties are participating in a settlement conference on May 18, 2010 before the Honorable James Larson, and pretrial filings are due the following week, the Court hereby VACATES all upcoming pretrial and trial dates so that the parties are able to focus their efforts on the settlement conference. The parties shall file a joint status report within 14 days of completion of the mediation process.

**IT IS SO ORDERED.**

Dated: April 30, 2010

                                                          _____
                                                          Maria-Elena James
                                                         Chief United States Magistrate Judge