UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHI-XIAN REN

              Plaintiff(s),                    No. 09-00478 MEJ

    v.                                     **CONDITIONAL ORDER OF DISMISSAL**

KONG QIAN YING DAB LILLY'S RESTAURANT

              Defendant(s).

_____/

      On May 18, 2010, the parties participated in a settlement conference, at which time the case settled.  Accordingly, IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice; provided, however that if any party hereto shall certify to this Court, within ninety days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.  The Clerk of Court shall close the file.

      **IT IS SO ORDERED.**

Dated:  June 18, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

Dismby.Ct

1